## Fourth Department, September, 1935.

### (Adjourned Session of June Term).

In the Matter of the Application of Francis D. McCurn, as Democratic Candidate for Mayor, and Others, on Behalf of Themselves and Other Candidates Named in Each of Said Designating Petitions Referred to Herein, Respondents, to Direct the Board of Elections in and for the County of Onondaga, New York, to Recognize the Aforesaid Candidates for the Respective Offices Hereinabove Referred to and to Place and Print Their Names upon the Official Ballots as Candidates of the Democratic Party to Be Voted on at the Primary Election to Be Held in the City of Syracuse, New York, on the 17th Day of September, 1935, and for Further Relief. (Proceeding No. 1.) In the Matter of the Application of John J. Mahon, Appellant, for a Determination of the Court as to the Designation of Francis D. McCurn, as Candidate for Nomination for Public Office of Mayor of the City of Syracuse, New York, at the Democratic Primary Election. (Proceeding No. 2.) — Order reversed on the law, except in so far as it consolidates the two proceedings, without costs, and petitioners' motion in proceeding No. 1 denied, without costs, and petitioner's motion in proceeding No. 2 granted, without costs. Memorandum: The petition filed with the commissioners of election on the 10th of August, 1935, was invalid in failing to comply with the provisions of section 135 of the Election Law as amended by chapter 955 of the Laws of 1935. (*Matter of Dorsey* v. *Cohen*, 268 N. Y. 620, decision of September 9, 1935.) We are of the opinion that sufficient showing has not been made to justify the court in permitting the filing at this time of correcting affidavits *nunc pro tunc*. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

In the Matter of the Application of Frank G. Revoir, Appellant, for a Determination of the Court as to the Designation of Francis D. McCurn and Others, for Nomination for Candidates for Public Office of Mayor, President of Common Council, etc., of the City of Syracuse, New York, at the Democratic Primary Election.— Order reversed on the facts, without costs, and matter remitted to the Special Term to proceed in accordance with the opinion. Per Curiam: The validity of a designating petition filed with the commissioners of election on the 13th day of August, 1935, is attacked in this proceeding on the ground that an insufficient number of valid signatures appear upon the petition. Although the affidavits presented are not definite as to all the particular signatures claimed to be invalid, nevertheless in view of the summary nature of the proceeding and the command of the statute that the provisions for remedy are to be liberally construed and that such order shall be made as justice may require, we reach the conclusion that the petitioner should be given an opportunity to substantiate by oral proof his allegations of invalidity. A prompt hearing is necessary for the proper disposition of this matter and, therefore, in the exercise of discretion the order should be reversed and the matter remitted to the Special Term in Onondaga county for a hearing on Thursday, September twelfth, at ten o'clock A. M., unless the Special Term shall fix some other time. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.